IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



SCOTBILT HOMES, INC,

    Plaintiff,

v.

DEHCO, INC.; and ARMSTRONG FLOORING, INC.,

    Defendants.

CIVIL ACTION NO.: 5:18-cv-26

**O R D E R**

Defendants filed a Notice of Removal on March 16, 2018, (doc. 1), and their Answer on March 22, 2018, (doc. 4). The parties conducted a Rule 26(f) conference on April 4, 2018, and filed their Rule 26(f) Report on April 6, 2018. (Doc. 8.) However, the parties did not utilize the proper Rule 26(f) Report form. In its Rule 26 Instruction Order, the Court directed the parties that their Rule 26(f) Report "shall conform to the language and format of the Form Rule 26(f) Report for use in Judge Wood/Judge Baker Rule cases located on the Court's website www.gas[d].uscourts.gov under 'Forms.'"[1] (Doc. 2, p. 2.)

Accordingly, the Court **ORDERS** the parties to file a joint Rule 26(f) Report **by April 18, 2018,** utilizing the Court's required form. In addition, the parties note in their current Rule 26(f) Report that they will require longer than the generally prescribed 140-day discovery period due to an unusually large number of witnesses and witnesses being located in a number of states. (Doc. 8, p. 2.) However, in the following subsection, the parties failed to "provide a brief statement in support of each of the reasons" for requesting a longer discovery period. (Id.) The

---

[1] The Court's Instruction Order erroneously contains a link to the Court's previous website, www.gas.uscourts.gov. (Doc. 2, p. 2.) The Court's current website is: www.gasd.uscourts.gov.

Court **DIRECTS** the parties to provide a brief statement regarding their request for a longer discovery period in their updated, joint Rule 26(f) Report.  The Court also **DIRECTS** the Clerk of Court to attach the applicable "RULE 26(f) REPORT" to this Order.

    **SO ORDERED**, this 16th day of April, 2018.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA